IN RE: VINING                                         CASE NO. 09-11384

**BANK OF AMERICA, N.A.**   CHECK NUMBER

Claim 000002, Payment 0.02%
North Oaks Health System          Barbara Rivera-Fulton, Trustee     32-1/1110 TX 0        **1012**
P.O. Box 1579                     P.O. BOX 19980                     DATE        AMOUNT
Hammond, LA 70404                 New Orleans, LA 70179
                                                                     09/11/11    ***********1.69

Acct. 9338 ; 3600

                                          CASE NUMBER                ESTATE OF
**1977036**
                                          09-11384    B    Debtor: VINING, RONALD EDWIN
PAY TO THE ORDER OF                                        ~~Joint Debtor: VINING, CHRISTINA DENISE~~

United States Bankruptcy Court                             One Dollar And 69/100
LA
500 Poydras B-601                         *Barbara Rivera-Fulton*
N.O. LA 70130                             RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
                                          THIS CHECK VOID AFTER 90 DAYS

⑈001012⑈ ⑆111000121⑆ 443786 0288⑈

                                          9/14/11
                                          DEPOSITED TO UNCLAIMED
                                          UNDER #25.00 (106000)

UNITED STATES                             DUE! SEE ATTACHED.
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229072      - JN
* * C O P Y * *
September 14, 2011
     12:04:44

UNC.UNDER$25
   09-11384
Debtor.: RONALD EDWIN VINING
Trustee: Barbara Rivera-Fulton
Amount.:            $1.69 CH
Check#.: 1012

Total-> $1.69

FROM: RIVERA FULTON

Date: 09/11/11

# DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 09-11384 - VINING, RONALD EDWIN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| North Oaks Health System<br>P.O. Box 1579<br>Hammond, LA 70404<br>   Acct. 9338 ; 3600 | 000002 | 6,955.43 | 1.69 |
| North Oaks Pediatric Clinic<br>15756 Medical Arts Plaza<br>Hammond, LA 70403<br>   Acct. 7816 | 000003 | 463.30 | 0.10 |
| CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850<br>   Acct. 9297 | 000004 | 10,275.05 | 2.49 |
| Verizon Wireless South<br>PO Box 3397<br>Bloomington, IL 61702<br>   Acct. 2164 | 000009 | 218.36 | 0.05 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD'S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>   Acct. 9755 | 000010 | 3,426.10 | 0.83 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>   Acct. 4028 / 6763<br>   Reference 249345 | 000011 | 13,422.35 | 3.27 |
| ---------- Remittance Total --------------- | | 34,760.59 | 8.43 |

*[signature: Barbara Rivera-Fulton]*

Law Ofc. of Barbara Rivera Fulton, Trustee

COURT1

Printed: 09/11/11 03:04 PM   Ver. 16.02b